IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00061-CV

 

Gloria Ann Fryar,

                                                                      Appellant

 v.

 

Nicholas Mees 

d/b/a Mees Auto Repair,

                                                                      Appellee

 

 



From the 82nd District Court

Falls County, Texas

Trial Court No. 33,841

 



MEMORANDUM  Opinion



 








      This appeal concerns a suit for breach of
warranty, unlawful repossession and commercially unreasonable sale, violations
of the Texas Finance Code, and other causes of action in the sale of a used
car.  See Tex. Fin. Code Ann.
§ 348.412 (Vernon 1998).  Fryar appeals the trial court’s granting of
summary judgment for Mees.  We reverse.

      In Fryar’s first issue, she contends that
the trial court erred in granting final summary judgment though Mees’s
summary-judgment motion did not address all of Fryar’s causes of action.  Mees concedes
that his motion did not address Fryar’s causes of action for unlawful
repossession and commercially unreasonable sale or for Finance-Code
violations.  The trial court erred in granting final summary judgment on all
claims.  See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 200 (Tex. 2001).  We sustain Fryar’s first issue.

      Having sustained Fryar’s
first issue, we reverse the summary judgment and remand the cause for further
proceedings.

TOM GRAY

Chief
Justice

Before Chief Justice Gray,

      Justice Vance, and

      Justice
Reyna

Reversed
and remanded

Opinion
delivered and filed June 22, 2005

[CV06]